**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THOMAS PETOFF, | : | Civil No. 3:24-cv 78 |
| | : | |
| Plaintiff | : | (Judge Mariani) |
| | : | |
| v. | : | |
| | : | |
| LT. DELMONICO, *et al.*, | : | |
| | : | |
| Defendants | : | |

## **ORDER**

**AND NOW**, this ___17___ day of June, 2026, upon consideration of Defendants'

motion to dismiss and for summary judgment (Doc. 43), and the parties' respective briefs in

support of and in opposition to said motion, and for the reasons set forth in the

accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the motion (Doc. 43) is

**GRANTED** as follows:

1. The motion to dismiss the Americans with Disabilities Act and Rehabilitation Act Claims against the Defendants in their individual capacities is **GRANTED**.

2. The motion to dismiss the Americans with Disabilities Act Claim against the Defendants in their official capacities is **GRANTED**.

3. The motion for summary judgment based on Plaintiff's failure to exhaust all claims under the Americans with Disabilities Act, Rehabilitation Act, and Religious Freedom Restoration Act is **GRANTED**. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants Delmonico and Yonkin, and against Plaintiff.

4. The Clerk of Court is further directed to **CLOSE** this case.

5.    Any appeal from this order is **DEEMED** frivolous and not taken in good faith.
      *See* 28 U.S.C. § 1915(a)(3).


_____
Robert D. Mariani
United States District Judge

2